## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | | |
|---|---|---|
| **LEAD BANK,** | ) | **CONSOLIDATED CASES** |
| | ) | |
| Plaintiff, | ) | **Case No. 12-cv-02067-CM-KMH** |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL W. MOORE,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **ARVEST BANK,** | ) | |
| | ) | **Case No. 12-cv-02068-CM-KMH** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERICAN ENERGY SOLUTIONS, INC.,** | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Stipulation of Dismissal With Prejudice and, being fully advised, Orders as follows:

1. The Stipulation is GRANTED; and

2. The claims by Plaintiffs against Defendant Michael Moore in the above captioned case are DISMISSED WITH PREJUDICE with each party to pay its own attorneys' fees and costs.

**IT IS SO ORDERED,** on this _14th___ day of _____June_____, 2012.

s/ Carlos Murguia

CARLOS MURGUIA
United States District Judge

Approved and Agreed to by,

PAYNE & JONES, CHARTERED

/s/ Christopher J. Sherman
Christopher J. Sherman, KS # 20379
Michael B. Lowe, KS # 14691
Roger H. Templin, KS # 15604
11000 King
Overland Park, Kansas 66210
Telephone: (913) 469-4100
Facsimile: (913) 469-8182
sherman@paynejones.com
lowe@paynejones.com
rtemplin@paynejones.com
ATTORNEYS FOR PLAINTIFF
LEAD BANK

POLSINELLI SHUGHART PC

/s/ Greg Musil
Greg Musil, KS #13398
Brett D. Anders, MO #35516
Matt R. Moriarty, KS #22507
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
gmusil@polsinelli.com
banders@polsinelli.com
mmoriarty@polsinelli.com
ATTORNEYS FOR PLAINTIFF
ARVEST BANK

CARTER, LLP – ATTORNEYS

/s/ Eric Carter
Eric Carter, KS #18192
114 N. Cherry
Olathe, Kansas 66061
Telephone:  (913) 440-0002
Facsimile:  (913) 397-6700
eric@carterllp.biz
ATTORNEY FOR DEFENDANT

MICHAEL W. MOORE